IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILIP MOSIER,

    Plaintiff,

v.                              CASE NO. 5:11cv399-MP-GRJ

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 19, 2012. (Doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of plaintiff's timely filed objections. (Doc. 31).

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendants' motion to dismiss (doc. 18) is GRANTED and plaintiff's complaint (doc. 1) is DISMISSED for failure to exhaust administrative remedies.

    **DONE and ORDERED** this 7th day of August, 2012.

                                  *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**